# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| CALVIN JACKSON, SR., INDIVIDUALLY AND ON BEHALF OF C.J. | CIVIL ACTION NO. 22-0171 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NORTH CADDO HOSPITAL SERVICE DISTRICT D/B/A NORTH CADDO MEDICAL CENTER | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Based on the foregoing Memorandum Opinion,

**IT IS ORDERED** that judgment in favor of Defendant North Caddo Hospital Service District d/b/a North Caddo Medical Center is rendered, as there was no violation of the Emergency Medical Treatment and Labor Act.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 23rd day of July, 2025.

_____
United States District Judge